FILED

2008 JUL 30 PM 3: 55

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION |
| Plaintiff, | ) ) ) | 3: 08 CR 00320 |
| vs. | ) ) | Cr. No._____ Title 29, United States |
| ROBERTA DAUCH, | ) ) | Code, Section 501(c) |
| Defendant. | ) ) | JUDGE DAVID A. KATZ |

The United States Attorney charges:

From on or about March 21, 2005, to on or about July 19, 2006, in the Northern District of Ohio, Western Division, Defendant ROBERTA DAUCH, while an employee, that is, Office Secretary of North Central Ohio Building and Construction Trades Council, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to her own use the moneys, funds, securities, property, and other assets of said labor organization, such embezzlement totaling $27,537.28; all in violation of Title 29, United States Code, Section 501(c).

*William J. Edwards* (signature)

WILLIAM J. EDWARDS
Acting United States Attorney

ORIGINAL